UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LEE SMALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORDAN, *et al.*,<br><br>　　　　Defendants. | No. 2:22-cv-0899-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A SIGNED AND DATED *IN FORMA PAUPERIS* APPLICATION OR PAY THE FILING FEE |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a dated and signed *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the required fees totaling $402.00.

　　　　The revised *in forma pauperis* application form includes a section that must be completed by a prison official, which must be accompanied by a certified copy of the prisoner's prison trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding *in forma pauperis* are not required to pay the $52.00 administrative fee.

1

However, this section is for non-CDCR incarcerated prisoners only. Because plaintiff is housed in CDCR custody, the CDCR will email plaintiff's certified financial information directly to the court. But plaintiff must still provide a signed and dated application to proceed *in forma pauperis*.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, ECF No. 2, is disregarded;

2. Plaintiff shall submit, within thirty days from the date of this order, a dated and signed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of Court is directed to send plaintiff a new Application to Proceed *In Forma Pauperis* By a Prisoner.

IT IS SO ORDERED.

Dated:   May 31, 2022                           _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE