1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICHOLAS LEE SMALL,** | 2:22-cv-00899-JDP |
| Plaintiff, | **(PROPOSED) ORDER** |
| **v.** | |
| **JORDAN, et al.,** | |
| Defendants. | |

   **GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a

responsive pleading is granted.  The deadline for Defendant to file a responsive pleading is

extended to February 13, 2023.


IT IS SO ORDERED.


Dated:    November 21, 2022    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE