IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**NICHOLAS LEE SMALL,**

Plaintiff,

v.

**JORDAN, et al.,**

Defendants.

Case No.  2:22-cv-00899 JDP

~~**[PROPOSED]**~~ **ORDER**

Good cause appearing, Defendants' Motion for a thirty-day extension of time to respond to the Court's order regarding participation in an early settlement conference (ECF No. 24) is granted.  Defendants shall respond to the Court's order no later than April 19, 2023.

IT IS SO ORDERED.

Dated:   __March 24, 2023__      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE