UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LEE SMALL, | Case No. 2:22-cv-00899-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| JORDAN, *et al.*, | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On April 19, 2023, defendants moved to opt out of the court's alternative dispute resolution program.

Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 27, is granted, and the stay entered February 17, 2023, is lifted.

IT IS SO ORDERED.

Dated:   April 23, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE