UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LEE SMALL,<br><br>    Plaintiff,<br><br>    v.<br><br>JORDAN, et al.,<br><br>    Defendants. | No.  2:22-cv-00899-DJC-JDP (PC)<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 21, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the Plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. The Court notes that due to the Plaintiff's failure to keep the Court and parties apprised of his address, Defendants were unable to meet and confer with him regarding the Magistrate Judge's referral of this case to the post-screening ADR project. (ECF No. 24 and 27.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2023, are adopted in full; and
2. This action is dismissed without prejudice for failure to prosecute; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **September 2, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE